UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELINE ECHOLS, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

CONGRESS COLLECTION, LLC,
and John Does 1-25,

        Defendants.
_____/

Case No. 20-cv-12254

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: August 10, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge